United States District Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD SCHIFFER, | CIVIL NO. 2:14-cv-05900-RAJ |
| Plaintiff, | ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is allowed an attorney fee of $24,000.00, pursuant to 42 U.S.C. § 406(b). Because Ms. Gilbrough already received a fee under the Equal Access to Justice Act of $8056.43, the remaining amount owed is $15,943.57.

ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) [2:14-cv-05900-RBL]  - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

If the Social Security Administration is still withholding this amount, it is directed to send this amount to Plaintiff's attorney, Amy Gilbrough, minus any applicable fees ordered by statute.

Dated this 8th day of December, 2020.

The Honorable Richard A. Jones
United States District Court

ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) [2:14-cv-05900-RBL]  - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

1
2
3  _____
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) [2:14-cv-05900-RBL]  - 3

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900